NEW JERSEY JUNCTION RAILROAD COMPANY ET AL., PLAINTIFFS IN ERROR, v. THE MAYOR AND ALDERMEN OF JERSEY CITY, DEFENDANTS IN ERROR.

Submitted March 22, 1904—Decided September 30, 1904.

On error to the Supreme Court.

For the plaintiffs in error, *James B. Vredenburgh.*

For the defendants in error, *Robert Carey.*

PER CURIAM.

The judgment in this cause must be affirmed, for the reasons given in the opinion in the Supreme Court by Mr. Justice Fort, reported in 39 *Vroom* 108.

*For affirmance*—THE CHANCELLOR, DIXON, GARRISON, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY.  9.

*For reversal*—None.